

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2016

No. 04-16-00593-CV

Alvin M. **BURNS**, I.M. Burns, Dimmit County, Hakim Dermish, Robert L. Ramirez and Edward
J. Dryden,
Appellants

v.

**ROSETTA RESOURCES, LTD**., a/k/a Rosetta Resources, Inc., Eusebio Cantu Torres, Eusebio
Torres, Jr., Gladiator Energy Services, LLC,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-07-11738-DCV
Honorable David Peeples, Judge Presiding

# O R D E R

The trial court signed the final judgment on June 22, 2016. A timely motion for new trial was filed on July 21, 2016. Therefore, notice of appeal was due to be filed on September 20, 2016. TEX. R. APP. P. 26.1(a)(1). A motion for extension of time to file the notice of appeal was due on October 5, 2016, fifteen days after the deadline for filing notice of appeal. TEX. R. APP. P. 26.3. Appellant Hakim Dermish, and appellants Robert L. Ramirez and Edward J. Dryden filed their notices of appeal on September 23, 2016 and September 26, 2016, respectively. Both notices of appeal were filed late but within the fifteen-day grace period allowed by Rule 26.3. TEX. R. APP. P. 26.3(a). However, neither Hakim Dermish, nor Robert L. Ramirez and Edward J. Dryden filed a motion for extension of time to file a late notice of appeal. TEX. R. APP. P. 26.3(b).

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b).

It is therefore ORDERED that appellant Hakim Dermish, and appellants Robert L. Ramirez and Edward J. Dryden file, **within fifteen (15) days** from the date of this order, a

response presenting a reasonable explanation for their failure to file their notice of appeal in a timely manner. If any appellant fails to respond within the time provided, their appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2016.

Keith E. Hottle
Clerk of Court